## C. R. MYERS *v.* J. S. STEPHENS, ADMR.

**Bills and Notes—Illegal Consideration—New Obligation by Replevying.**
   Although the illegality of an original consideration might constitute a bar to an action on a note, yet where judgment is permitted thereon, a new obligation is created by replevying it.

APPEAL FROM MONTGOMERY CIRCUIT COURT.

January 7, 1869.

OPINION OF THE COURT BY JUDGE HARDIN:

If, as is insisted for the appellant, the illegality of the original transaction in which the note to Wyatt was given, might have constituted a bar to the action on the note, or even have been sufficient to prevent a recovery by one of the obligor's for contribution, if he had paid the note, yet when the appellant and Stephens had permitted a judgment to be rendered on the note by Wyatt's assignee and taken on themselves a new obligation by replevying the judgment, they were both legally bound to pay

the debt and liable for contribution as between themselves (*Minus v. Johnson, etc., 1 Duvall, 171*).

The instruction which the court gave the jury, being in conformity with this view, seems to us to have presented the law of the case.

Wherefore the judgment is *affirmed*.

*Hazlerigg & Winn*, for appellant.

*Turner*, for appellee.

